DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MY AMELIA, L.L.C.,**
Appellant,

v.

**CITY OF HOLLYWOOD,**
Appellee.

No. 4D2022-2911

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Barbara Anne McCarthy, Judge; L.T. Case No. CACE22-003733.

Jennifer Helmy Wahba, Stephanie C. Mazzola and Jerry D. Tamayo of Tripp Scott, P.A., Fort Lauderdale, for appellant.

John Wien, Charles M. Kramer, Robert Patrick Gaines of Benson, Mucci & Weiss, P.L., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***